HONORABLE JAMAL N. WHITEHEAD

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>TIANNA KARASTAN,<br><br>　　　　Defendant. | Cause No. CR24-164 JNW<br><br>**ORDER CONTINUING SENTENCING** |

THE COURT having considered the unopposed motion to continue the sentencing hearing filed by Defendant in this matter, as well as the records and files herein, hereby enters the following order:

The Defendant's unopposed motion to continue the sentencing hearing is GRANTED. The sentencing hearing will be continued from July 31, 2025, to the new date of September 4, 2025 at 11:00 am.

SIGNED this 7th day of May, 2025.

_____
HONORABLE JAMAL WHITEHEAD

ORDER CONTINUING
SENTENCING - 1